Case 1:10-cr-00322-LJO   Document 38   Filed 03/16/11   Page 1 of 1



**FILED**
MAR 14 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiffs, ) ) vs. ) ) OLGA JIMENEZ SANCHEZ, ) ) Defendant. ) | No. 1:10-CR-00322 LJO ORDER OF RELEASE |

The above named defendant having been sentenced on March 11, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: March 14, 2011

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1